UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 04-4103
_____

_____

ROBERT C. MINNIS, SR.,
Appellant

v.

BALDWIN BROS. INC.

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. No. 04-cv-00194E)
District Judge: Honorable Sean J. McLaughlin

_____

Submitted Under Third Circuit LAR 34.1(a)
April 14, 2005

Before: ROTH, MCKEE AND ALDISERT, CIRCUIT JUDGES

**JUDGMENT**

_____

This cause came on to be heard on the record from the United States District Court

for the Western District of Pennsylvania and was submitted pursuant to Third Circuit

LAR 34.1(a). On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the judgment of the District

Court entered September 30, 2004, be and the same is hereby affirmed. Costs taxed

against the appellant.  All of the above in accordance with the opinion of this Court.

                                                            ATTEST:

                                                            Clerk

DATED: August 18, 2005